Case 8:22-cr-00053-AB-FWS   Document 1   Filed 04/27/22   Page 1 of 2   Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
04/27/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALAN OMAR MARTINEZ,<br><br>　　　　Defendant. | No. 8:22-cr-00053-AB<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |

　　　The Grand Jury charges:

　　　　　　　[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

　　　On or about November 9, 2021, in Orange County, within the Central District of California, defendant ALAN OMAR MARTINEZ knowingly and intentionally distributed at least 50 grams, that

//

//

//

1  is, approximately 216 grams, of methamphetamine, a Schedule II
2  controlled substance.

3                                          A TRUE BILL

4

5                                          _____/s/_____
                                           Foreperson
6

7  TRACY L. WILKISON
   United States Attorney
8

   [signature]
9

10 SCOTT M. GARRINGER
   Assistant United States Attorney
11 Chief, Criminal Division

12 BENJAMIN R. BARRON
   Assistant United States Attorney
13 Chief, Santa Ana Branch Office

14 GREGORY S. SCALLY
   Assistant United States Attorney
15 Deputy Chief, Santa Ana Branch
   Office
16
   FARAZ R. MOHAMMADI
17 Assistant United States Attorney
   Santa Ana Branch Office
18

19

20

21

22

23

24

25

26

27

28